UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| JOSHUA A. WEAVER,              )<br>                                               )<br>            Petitioner,            )<br>                                               )<br>v.                                         )     No. 1:12-cv-146-TWP-MJD<br>                                               )<br>KEITH BUTTS,                       )<br>                                               )<br>            Respondent.         )| |

### Entry Discussing Petition for Writ of Habeas Corpus

In a prison disciplinary proceeding identified as No. IYC 11-01-0260, Joshua Weaver was found guilty of violating prison rules and was sanctioned. That determination has since been vacated and the sanctions have been rescinded. This renders the habeas action moot, and an action which is moot must be dismissed for lack of jurisdiction. *Diaz v. Duckworth*, 143 F.3d 345, 347 (7th Cir. 1998); *Board of Educ. of Downers Grove Grade School Dist. No. 58 v. Steven L.,* 89 F.3d 464, 467 (7th Cir. 1996), *cert. denied,* 117 S. Ct. 1556 (1997).

The respondent's motion to dismiss [Dkt. 17] is **granted.** Judgment consistent with this Entry shall now issue.

        **IT IS SO ORDERED.**

Date:  07/26/2012

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

**Distribution:**

Joshua Weaver
No. 180866
Pendleton Correctional Facility
4490 West Reformatory Road
Pendleton, IN 46064

All Electronically Registered Counsel